**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 7 |
| HI.Q, INC.,[1] | ) |
|  | ) Case No. 23-_____  (___) |
| Debtor. | ) |
|  | ) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Hi.Q, Inc. (the "Debtor"), as debtor in the above-captioned case (the "Chapter 7 Case"), has filed its respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 1007-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that were available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1] The Debtor in the above-captioned chapter 7 case, along with the last four digits of the Debtor's federal tax identification number, is as follows: Hi.Q, Inc. (1588). The location of the Debtor's corporate headquarters and service address is 5465 Legacy Dr. Suite 650, Plano, Texas 75024.

The Debtor and its present directors, officers, employees, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. The Debtor and its present directors, officers, employees, and attorneys disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtor's advisors. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. Further discovery, independent investigation, and analysis may supply additional facts and add meaning to known facts. Thus, nothing contained in the Schedules and Statements is intended or should be construed as an admission by the Debtor. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects (in its sole and absolute discretion), including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights with respect to the Chapter 7 Case, and specifically with respect to any issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statements) by the Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding

whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**.  On August 30, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

    **Subject to paragraph 1, the asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of the Petition Date, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the Petition Date.**

3. **Net Book Value of Assets**.  Unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of the Petition Date in the Debtor's books and records.  Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.

4. **Recharacterization**.  Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's businesses.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate in its sole and absolute discretion, including, without limitation, whether contracts or leases listed herein, if any, were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Excluded Assets and Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

    The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.

6. **Insiders**.  For purposes of the Schedules and Statements, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only, and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

7. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

8. **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

9. **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") the Debtor may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

10. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens. Property listed in the Schedules and Statements, if any, are presented without consideration of any liens that may attach (or have attached) to such property.

11.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

12.    **Setoffs**.  The Debtor may incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions and other disputes between the Debtor and the other entities.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

### Specific Disclosures with Respect to the Debtor's Schedules

Given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the Petition Date, unless otherwise noted below.  In Part 11, the federal net operating losses for tax year 2022 (the "NOL") are listed as undetermined because the Debtor has not attempted to value the NOL in light of the chapter 7 bankruptcy filing.

**Schedule D**.  Any Claim listed on Schedule D may have incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive and subject to ongoing investigation by the Debtor.  Accordingly, not all such dates are included.  Any Claim listed on Schedule D, however, appears to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

### Specific Disclosures with Respect to the Debtor's Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer purportedly made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), if any, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals).

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

**\*\*\*END OF GLOBAL NOTES\*\*\***

**\*\*SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE\*\***

**Fill in this information to identify the case:**

Debtor name _Hi.Q, Inc._ _____ ____ ____ ____ ____ ____ ____ __

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $ 1,345,376.96

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $ 1,345,376.96

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................... $ 67,486,421.13

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................................ + $ 189,216,641.78

4. **Total liabilities**...................................................................................................
   Lines 2 + 3a + 3b                                                                                     $ 256,703,062.91

**Fill in this information to identify the case:**

Debtor name _____ Hi.Q, Inc. _____

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. See Schedule A/B Attachment 3.1 | _____ | ___ ___ ___ ___ | $ 511,915.07 |
| 3.2. _____ | | | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $ _____
   4.2. _____     $ _____

5. **Total of Part 1**                                                                                    $ 511,915.07

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. HSA Plan - Deposit - Health Equity, Inc. | $ 40,500.00 |
| --- | --- |
| 7.2. Lease Security Deposit - Charleston Investment Group, LLC - Lease ends 12/31/23 | $ 40,000.00 |

| Debtor | Hi.Q, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Schedule A/B Attachment 8.1 _____ $ 480,052.68

8.2. _____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 560,552.68

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $ _____

face amount             doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $ _____

face amount             doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. Celebrate Health Management Company    100 %    Book Value    $ 0.01

15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.01

Debtor    Hi.Q, Inc.
_____    Case number (if known)_____
                  Name

<hr>

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

<hr>

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor   Hi.Q, Inc.
     Name

Case number *(if known)*_____

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers, various models | $ 17,589.20 | Straight-Line | $ 17,589.20 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 17,589.20

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Hi.Q, Inc.
_____    Case number (if known)_____
         Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor   Hi.Q, Inc.
_____
Name

Case number (if known)_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 2513 Charleston Rd. Suite 102<br>Mountain View, CA, 94043 | Leased | $_____ | _____ | $ 0.00 |
| 55.2 Office Building | | $_____ | _____ | $_____ |
| 55.3 _____ | | $_____ | _____ | $_____ |
| 55.4 5465 Legacy Dr. Suite 650, Plano<br>TX, 75024 - Office Building | Leased | $_____ | _____ | $ 0.00 |
| 55.5 _____ | | $_____ | _____ | $_____ |
| 55.6 _____ | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Leads | $ 0.00 | | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

| Debtor | Hi.Q, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = → $ _____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Federal NOL's

State Refunds - See Schedule A/B 72 Attachment

| | | |
|---|---|---|
| Tax year | 2022 | $ Undetermined |
| Tax year | 2021 | $ 50,320.00 |
| Tax year | _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Schedule A/B Attachment 75   $ TBD

Nature of claim   _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Agent Referral Receivable   $ 175,000.00

Software Reimbursement   $ 30,000.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 255,320.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Hi.Q, Inc.
Name

Case number (if known)

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 511,915.07 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 560,552.68 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.01 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 17,589.20 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ..................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 255,320.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 1,345,376.96 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...........................................................................  $ 1,345,376.96

**Fill in this information to identify the case:**

Debtor name __Hi.Q, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: | List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Silicon Valley Bank<br><br>**Creditor's mailing address**<br>505 Howard Street, Floor 3<br>San Francisco, CA 94105<br><br>**Creditor's email address, if known**<br>jhartmann@svb.com<br><br>**Date debt was incurred** 12/31/21<br>**Last 4 digits of account number** N/A ___ ___ ___<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>TriplePoint Venture Growth BDC Corp<br>Second Priority | **Describe debtor's property that is subject to a lien**<br>Letter of credit<br><br>**Describe the lien**<br>First priority lien<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ 250,000.00 | $ 250,000.00 |
| **2.2** **Creditor's name**<br>TriplePoint Venture Growth BDC Cor<br><br>**Creditor's mailing address**<br>2755 Sand Hill Rd., Suite 150<br>Menlo Park, CA 94025<br><br>**Creditor's email address, if known**<br><br><br>**Date debt was incurred** 12/17/18<br>**Last 4 digits of account number** N/A ___ ___ ___<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  _____<br>  _____<br>  ☐ Yes. The relative priority of creditors is specified on lines 2.3 | **Describe debtor's property that is subject to a lien**<br>All assets of the entity<br><br>**Describe the lien**<br>Second priority lien<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ 50,000,000.00 | $ 0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $ 67,486,421.13

| Debtor | Hi.Q, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**

DASIR, LLC

**Creditor's mailing address**

410 Park Avenue, Suite 900
New York, NY 10022

**Creditor's email address, if known**

tdaileader@drivetrainllc.com

**Date debt was incurred**   12/13/21

**Last 4 digits of account number**   N/A ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

All assets of the entity

_____

_____

**Describe the lien**
First priority lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$ 6,500,000.00     $ Undetermined

---

**2.4**

**Creditor's name**

Quote Velocity, LLC

**Creditor's mailing address**

4260 NW 1st Ave. Suite 57
Boca Raton, FL 33431

**Creditor's email address, if known**

accounting@quotevelocity.com

**Date debt was incurred**   10/10/22 - 12/8/22

**Last 4 digits of account number**   N/A ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines 2.2, 2.3

**Describe debtor's property that is subject to a lien**

Cash at Silicon Valley Bank and Bridge Bank

_____

_____

**Describe the lien**
Pre-judgment attachment order, third priority

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

$ 6,988,428.00     $ 0.00

---

Debtor    Hi.Q, Inc.
          Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

Innovative Employee Solutions, Inc.

**Creditor's mailing address**

9665 Granite Ridge Dr., Suite 420
San Diego, CA 92123

**Creditor's email address, if known**

ldunn@innovative-es.com

**Date debt was incurred**   9/12/22 - 12/18/22
**Last 4 digits of account number**   N/A ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.2, 2.3

**Describe debtor's property that is subject to a lien**

Cash at Silicon Valley Bank

$ 3,747,993.13   $ 0.00

**Describe the lien**
Pre-judgment attachment order, third priority

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2._** Creditor's name

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

$_____   $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

Debtor _____Hi.Q, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                    (State)

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ _____ | $ _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ _____ | $ _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ _____ | $ _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

See Schedule E/F Attachment 3.1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189,216,641.78

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Hi.Q, Inc.
_____
Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 189,216,641.78 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 189,216,641.78 |

**Fill in this information to identify the case:**

Debtor name ___Hi.Q, Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____ Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — See Schedule G Attachment | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ____Hi.Q, Inc._____

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Health IQ Insurance Services, Inc. | 5465 Legacy Dr. Suite 650 *Street* Plano, TX 7502~~ *City   State   ZIP Code* | TriplePoint Venture Growth BDC Corp | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Health IQ Insurance Services, Inc. | 5465 Legacy Dr., Suite 650 *Street* Plano TX 75024 *City   State   ZIP Code* | Silicon Valley Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Health IQ Insurance Services Inc. | 5465 Legacy Dr., Suite 650 *Street* Plano TX 75024 *City   State   ZIP Code* | DASIR, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ *Street* _____ *City   State   ZIP Code* | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____ *Street* _____ *City   State   ZIP Code* | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____ *Street* _____ *City   State   ZIP Code* | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __Hi.Q. Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*if known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑  Amended *Schedule* _____

❑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration  Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007 and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/30/2023          **X** _Tyler M_____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

Tyler Moore
Printed name

Chief Financial Officer
Position or relationship to debtor

**Schedule A/B, Attachment 3.1**

| No. | Name of Institution | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|-----|---------------------|-----------------|--------------------------------|-----------------------------------|
| 1 | Bridge Bank | Cash Collateral Account | 6494 | $ - |
| 2 | Bridge Bank | Checking | 3217 | $ 11,431.60 |
| 3 | Bridge Bank | Money Market | 6564 | $ 65,252.93 |
| 4 | First Republic | Checking | 0132 | $ 46,756.17 |
| 5 | First Republic | Savings | 0249 | $ - |
| 6 | Silicon Valley Bank | Cash Collateral Account | 1179 | $ 5,832.27 |
| 7 | Silicon Valley Bank | Cash Collateral Account | 7060 | $ - |
| 8 | Silicon Valley Bank | Collateral Money Market Account | 7297 | $ 1.00 |
| 9 | Silicon Valley Bank | Collateral Money Market Account | 6452 | $ 1.00 |
| 10 | Silicon Valley Bank | Checking | 3951 | $ 132,640.10 |
| 11 | Silicon Valley Bank | Collateral Money Market Account | 2770 | $ 250,000.00 |

| | |
|---|---|
| $ | 511,915.07 |

**Schedule A/B, Attachment 8.1**

| No. | Description | Holder | Amount |
|---|---|---|---|
| 1 | Prepaid Insurance -  D&O Run-off | QBE | $  309,750.00 |
| 2 | Prepaid Insurance -  D&O Run-off | Berkshire | $  150,000.00 |
| 3 | Prepaid Insurance -  EPLI | RSUI | $    17,506.68 |
| 4 | Prepaid SaaS - Contract Management | ContractSafe, LLC | $      2,796.00 |

| $  480,052.68 |
|---|

## Schedule A/B, Attachment 72

| Message | Current Value |
|---|---:|
| 2021 State Income Tax Receivable - Texas | $22,360.00 |
| 2021 State Income Tax Receivable - Connecticut | $500.00 |
| 2021 State Income Tax Receivable - New Jersey | $5,000.00 |
| 2021 State Income Tax Receivable - Massachusetts | $8,224.00 |
| 2021 State Income Tax Receivable - Wisconsin | $100.00 |
| 2021 State Income Tax Receivable - Arizona | $100.00 |
| 2021 State Income Tax Receivable - California | $4,000.00 |
| 2021 State Income Tax Receivable - Louisiana | $1,767.00 |
| 2021 State Income Tax Receivable - Pennsylvania | $2,886.00 |
| 2021 State Income Tax Receivable - Oklahoma | $2,000.00 |
| 2021 State Income Tax Receivable - Oregon | $650.00 |
| 2021 State Income Tax Receivable - Kentucky | $2,233.00 |

$ 50,320.00

**Schedule A/B, Attachment 75**

| Case Title (Name and Case Number) | Nature of Case | Court or Agency's Name and Address | Amount Requested |
|---|---|---|---|
| HI.Q, Inc. d/b/a Health IQ<br><br>v. Enfuego Holdings, LLC d/b/a Cege Media, LLC<br><br>Case No. N22C-02-160 FWW | Contractual Indemnification | US District Court for the District of Delaware<br><br>844 North King St Unit 18<br>Wilmington, DE 19801-3570 | TBD |
| HI.Q, Inc. d/b/a Health IQ<br><br>v. Enfuego Holdings, LLC d/b/a Cege Media, LLC<br><br>Case No. N22C-08-160 FWW | Contractual Indemnification | US District Court for the District of Delaware<br><br>844 North King St Unit 18<br>Wilmington, DE 19801-3570 | TBD |

| Schedule E/F, Attachment 3.1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Nonpriority creditor's name** | **Nonpriority creditor's mailing address** | **Date debt was occurred** | **Contingent?** | **Unliquidated?** | **Disputed?** | **Basis for the claim** | **Is the claim subject to offset?** | **Amount of claim** |
| AA Media Inc | 307 S Class St<br>Middletown DE 19709 | 11/30/2022 | No | No | No | Supplier or Vendor | No | $119,605.00 |
| Accurate Employment Screening, LLC | 200 Spectrum Center Dr., Suite 1100<br>Irvine, CA 92618 | 8/1/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $20,980.25 |
| Advanced Engineering Services LLC | 16192 Coastal Highway<br>Lewes DE 19958 | 11/17/22 - 12/14/22 | No | No | No | Supplier or Vendor | No | $214,441.00 |
| Alliance of Chief Executives LLC | 2185 N California Blvd Suite 590<br>Walnut Creek CA 94596 | 1/25/2023 | No | No | No | Supplier or Vendor | No | $10,000.00 |
| AllianceOne Receivables Management Incorporated | 4850 East Street Road<br>Trevose PA 19053 | 07/31/22 - 09/15/22 | No | No | No | Supplier or Vendor | No | $157,142.70 |
| AMAZON Web Services | P.O. BOX 84023<br>Seattle WA 98124-8423 | 03/08/23 - 05/06/23 | No | No | No | Supplier or Vendor | No | $152,032.65 |
| Andreessen Horowitz Fund V, L.P., as nominee | 2865 Sand Hill Road, Suite 101<br>Menlo Park, CA 94025 | 2/7/2022 | No | No | No | Convertible Note | No | $1,939,922.10 |
| Apollo Interactive, Inc. | 139 Illinois Street<br>El Segundo CA 90245 | 10/31/22 - 12/01/22 | No | No | No | Supplier or Vendor | No | $6,571.00 |
| Aquiline Technology Growth Fund L.P. | 535 Madison Ave.<br>New York, NY 10022 | 2/7/2022 | No | No | No | Convertible Note | No | $565,773.59 |
| Armanino LLP | 12657 Alcosta Boulevard<br>San Ramon CA 94583 | 10/31/2022 | No | No | No | Supplier or Vendor | No | $9,975.00 |
| Assure Media, LLC | 2385 NW Executive Center Dr Suite 100<br>Boca Raton FL 33431 | 10/31/22 - 12/19/22 | No | No | No | Supplier or Vendor | No | $542,875.00 |
| Axiom Global Inc | 295 Lafayette Street Floor 7<br>New York NY 10012 | 06/30/22 - 08/31/22 | No | No | No | Supplier or Vendor | No | $20,645.87 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | 901 K Street N.W. Suite 900<br>Washington DC 20001 | 08/09/22 - 04/30/23 | No | No | No | Supplier or Vendor | No | $4,174.50 |
| Bankers Life and Casualty Company | 303 E. Wacker Dr Ste 500<br>Chicago IL 60601 | 7/29/2021 | No | No | No | Convertible Note | No | $10,000,000.00 |
| Barrington Media Group, LLC | 4 Armstrong Road 3rd Floor<br>Shelton CT 6484 | 10/25/22 - 12/12/22 | No | No | No | Supplier or Vendor | No | $1,086,440.00 |
| Blue Wing Ads, LLC | 2885 Sanford Ave SW 12566<br>Grandville MI 49418 | 10/31/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $136,291.00 |
| Blueshift Labs, Inc | 433 California Street Suite 600<br>San Francisco CA 94104 US | 7/19/2022 | No | No | No | Supplier or Vendor | No | $7,000.00 |
| Brainier Solutions, Inc | 7801 E. Bush Lake Road Suite 450<br>Minneapolis MN 55439 | 8/31/2022 | No | No | No | Supplier or Vendor | No | $10,936.45 |
| Bramalea Partners Fund, L.P. | 184 High Street Suite 402<br>Boston, MA 02110 | 3/15/2022 | No | No | No | Convertible Note | No | $1,125,000.00 |
| Bramalea Partners Fund, L.P. | 184 High Street Suite 402<br>Boston, MA 02110 | 2/7/2022 | No | No | No | Convertible Note | No | $7,500,000.00 |
| Bramalea Partners HealthIQ SPV LP | 184 High Street Suite 402<br>Boston, MA 02110 | 3/15/2022 | No | No | No | Convertible Note | No | $1,500,000.00 |
| C3/CustomerContactChannels Inc. | 13011 McCallen Pass, Bldg A Suite 210<br>Austin TX 78753 | 08/09/22 - 09/01/22 | No | No | No | Supplier or Vendor | No | $463,200.36 |
| Call Criteria | 19525 Ventura Blvd. Ste F<br>Tarzana CA 91356 | 08/31/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $111,827.30 |
| Call Trader, LLC | 145 Corte Madera Town Center 596<br>Corte Madera CA 94925 | 11/30/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $215,530.00 |
| CCI Enterprise DMCC | Suite 201 Business Bay X2<br>Jumeirah Lake Towers<br>Dubai UAE | 08/01/22 - 09/01/22 | No | No | No | Supplier or Vendor | No | $632,149.00 |
| CDW Direct | P.O. Box 75723<br>Chicago IL 60675-5723 | 10/17/22 - 02/21/23 | No | No | No | Supplier or Vendor | No | $1,186,175.68 |
| Charles River Partnership XV, LP | 110 Great Rd #301<br>Bedford, MA 01730 | 2/7/2022 | No | No | No | Convertible Note | No | $2,230,298.20 |
| Christopher L. Shirley | Address on File | 9/21/2022 | No | No | No | Convertible Note | No | $500,000.00 |
| CIRCLECI.COM | 201 Spear Street Suite 1200<br>San Francisco CA 94105 | 4/3/2023 | No | No | No | Supplier or Vendor | No | $210.00 |

| Clark Hill | 500 Woodward Avenue Suite 3500<br>Detroit MI 48226 | 09/21/22 - 04/30/23 | No | No | No | Supplier or Vendor | No | $30,321.50 |
|---|---|---|---|---|---|---|---|---|
| Clear Data Networks, Inc | 835 W. 6th St., 12th Fl<br>Austin, TX 78703 | 9/1/22 - 9/30/22 | No | No | No | Supplier or Vendor | No | $7,500.00 |
| CLINGEN CALLOW & McLEAN, LLC | 2300 Cabot Dr., Suite 500<br>Lisle, IL 60532 | 6/1/23 - 7/31/23 | No | No | No | Supplier or Vendor | No | $4,512.50 |
| Cohen Seglias Pallas Greenhall & Furman P.C. | 1600 Market St.<br>Philidelphia, PA 19103 | 8/1/22 - 8/31/22 | No | No | No | Supplier or Vendor | No | $1,162.00 |
| CohnReznick LLP | 14 Sylvan Way 3rd Floor<br>Parsippany NJ 7054 | 10/27/22 - 05/25/23 | No | No | No | Supplier or Vendor | No | $8,400.00 |
| Cole Scott & Kissane PA | 9150 S. Dadeland Blvd Suite 1400<br>Miami FL 33156 | 12/01/22 - 03/24/23 | No | No | No | Supplier or Vendor | No | $18,017.00 |
| Connecture Inc. | 1433 N. Water St., Suite 400<br>Milwaukee, WI 53202 | 6/30/23 - 8/30/23 | No | No | No | Supplier or Vendor | No | $175,890.00 |
| Corporation Service Company | PO Box 13397<br>Philadelphia PA 19101-3397 | 05/08/23 - 05/18/23 | No | No | No | Supplier or Vendor | No | $484.00 |
| Cross & Simon, LLC | 1105 North Market Street Suite 901<br>Wilmington, DE 19801 | 6/6/2023 | No | No | No | Supplier or Vendor | No | $9,883.38 |
| CRS Licensing, LLC dba Patton Compliance | 3122 Mahan Drive Suite 801-250<br>Tallahassee FL 32308 | 09/30/22 - 11/30/22 | No | No | No | Supplier or Vendor | No | $2,532.75 |
| CSG Actuarial, LLC | 9111 Cypress Waters Blvd Suite 450<br>Coppell TX 75019 | 05/04/23 - 06/01/23 | No | No | No | Supplier or Vendor | No | $1,000.00 |
| CSG Consulting, LLC | 13220 Birch Drive Suite 220<br>Omaha NE 68164 | 5/1/2023 | No | No | No | Supplier or Vendor | No | $5,600.00 |
| Data Axle | 10 Vose Farm Road<br>Peterborough NH 3458 | 09/30/22 - 01/31/23 | No | No | No | Supplier or Vendor | No | $35,802.90 |
| Deloitte & Touche LLP | P.O. Box 844708<br>Dallas TX 75284-4708 | 08/08/22 - 12/07/22 | No | No | No | Supplier or Vendor | No | $436,129.00 |
| Deloitte Tax LLP | PO Box 844736<br>Dallas TX 75284-4736 | 10/31/22 - 11/02/22 | No | No | No | Supplier or Vendor | No | $52,080.00 |
| Digital Thrive, LLC | 1700 South Lamar Blvd Suite 338<br>Austin TX 78704 | 10/31/22 - 11/16/22 | No | No | No | Supplier or Vendor | No | $327,780.00 |
| DMS Insurance | P.O. Box 80080<br>City of Industry CA 91716-8060 | 10/31/2022 | No | No | No | Supplier or Vendor | No | $15,843.02 |
| DocuSign, Inc. | DEPT 3428 PO Box 123428<br>Dallas TX 75312 | 9/30/2022 | No | No | No | Supplier or Vendor | No | $21,938.00 |
| Easy Health, Inc. | 8605 Santa Monica Boulevard PMB 38903<br>West Hollywood CA 90069-4109 | 11/30/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $272,560.00 |
| EmailOversight, Inc. | 500 N Brand Blvd Suite 610<br>Glendale CA 91203 | 10/28/22 - 11/29/22 | No | No | No | Supplier or Vendor | No | $13,396.34 |
| Ericksen Arbuthnot | 570 Lennon Ln<br>Walnut Creek CA 94598 | 09/01/22 - 10/21/22 | No | No | No | Supplier or Vendor | No | $4,894.00 |
| Etleap Inc | 440 N Barranca Ave #9232<br>Covina CA 91723 | 10/04/22 - 05/09/23 | No | No | No | Supplier or Vendor | No | $9,517.10 |
| Everquote, Inc. | 210 Broadway Suite 302<br>Cambridge MA 2139 | 10/30/22 - 12/30/22 | No | No | No | Supplier or Vendor | No | $456,998.00 |
| Examone | PO Box 201395<br>Dallas TX 75320-1395 | 08/29/22 - 02/23/23 | No | No | No | Supplier or Vendor | No | $393,094.30 |
| Excel Impact, LLC | 382 NE 191st Street #57537<br>Miami FL 33179 | 11/1/2022 | No | No | No | Supplier or Vendor | No | $6,277.75 |
| Executive Boutique PH Inc. | 143 Old Post Road North<br>Croton on Hudson NY 10520 | 08/23/22 - 12/16/22 | No | No | No | Supplier or Vendor | No | $470,222.77 |
| Express Imaging Services | P.O. Box 185<br>Torrance CA 90507 | 09/30/22 - 04/01/23 | No | No | No | Supplier or Vendor | No | $42.00 |
| EZLynx | 750 State Hwy 121 Bypass<br>Lewisville TX 75067 | 03/01/22 - 07/21/22 | No | No | No | Supplier or Vendor | No | $22,554.84 |
| Felicis Ventures IV, L.P. | 2460 Sand Hill Rd #100<br>Menlo Park, CA 94025 | 2/7/2022 | No | No | No | Convertible Note | No | $256,753.00 |
| First Round Capital IV, L.P. as nominee | 151 10th St Ste 1501<br>San Francisco CA 94103 | 3/7/2022 | No | No | No | Convertible Note | No | $250,000.00 |
| Five9, Inc. | 4000 Executive Parkway<br>San Ramon CA 94583 | 10/11/22 - 01/31/23 | No | No | No | Supplier or Vendor | No | $664,895.61 |
| Foundation Capital VIII Principals Fund, LLC | 550 High Street 3rd Floor<br>Palo Alto, CA 94301 | 2/7/2022 | No | No | No | Convertible Note | No | $31,609.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Foundation Capital VIII, L.P. | 550 High Street 3rd Floor Palo Alto, CA 94301 | 2/7/2022 | No | No | No | Convertible Note | No | $1,467,573.04 |
| Fox Rothschild LLP | 2000 Market St. 20th Floor Philadelphia PA 19103-3222 | 03/31/23 - 04/30/23 | No | No | No | Supplier or Vendor | No | $329,847.02 |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | 75 Remittance Dr Suite #6072 Chicago IL 60675-6072 | 09/26/22 - 01/12/23 | No | No | No | Supplier or Vendor | No | $2,450.00 |
| Frontapp | 1455 Market St Floor 19 San Francisco, CA 94103 | 3/28/2023 | No | No | No | Supplier or Vendor | No | $852.00 |
| FTI Consulting Technology LLC | 16701 Melford Boulevard Suite 200 Bowie MD 20715 | 2/16/2023 | No | No | No | Supplier or Vendor | No | $235.50 |
| G Squared Opportunities Fund V LLC | 205 North Michigan Avenue, Suite 3770 Chicago, IL 60601 | 3/16/2021 | No | No | No | Convertible Note | No | $4,851,900.00 |
| G Squared Opportunities Fund V LLC | 205 North Michigan Avenue, Suite 3770 Chicago, IL 60601 | 5/15/2021 | No | No | No | Convertible Note | No | $2,426,713.26 |
| G Squared V, LP | 205 North Michigan Avenue, Suite 3770 Chicago, IL 60601 | 3/16/2021 | No | No | No | Convertible Note | No | $5,148,100.00 |
| G Squared V, LP | 205 North Michigan Avenue, Suite 3770 Chicago, IL 60601 | 5/15/2021 | No | No | No | Convertible Note | No | $2,573,286.74 |
| G Squared V, LP | 205 North Michigan Avenue, Suite 3770 Chicago, IL 60601 | 4/14/2021 | No | No | No | Convertible Note | No | $5,000,000.00 |
| Gaingels 10X Capital Diversity Fund I, L.P. | 3 Main St Ste 214 Burlington, Vermont, 05401 | 3/7/2022 | No | No | No | Convertible Note | No | $500,000.00 |
| Gaingels Health IQ I, A Series of Republic Deal Room Ma | 3 Main St Ste 214 Burlington, Vermont, 05401 | 3/16/2022 | No | No | No | Convertible Note | No | $203,622.41 |
| Gaingels HealthIQ LLC | 3 Main St Ste 214 Burlington, Vermont, 05401 | 3/7/2022 | No | No | No | Convertible Note | No | $275,000.00 |
| Getty Images | PO Box 953604 St Louis MO 63195 | 08/30/22 - 01/24/23 | No | No | No | Supplier or Vendor | No | $2,593.68 |
| GlobalCom BPO Services, LLC | 591 Mantua Boulevard Suite 201 Sewell NJ 8080 | 09/01/22 - 11/28/22 | No | No | No | Supplier or Vendor | No | $402,610.99 |
| Greenhouse Software, Inc. | 18 West 18th Street 11th Floor New York NY 10011 | 11/17/2022 | No | No | No | Supplier or Vendor | No | $13,030.26 |
| H. Barton Co-Invest Fund IV, LLC | 135 Main Street, Suite 850 San Francisco, CA 94105 | 7/29/2021 | No | No | No | Convertible Note | No | $500,000.00 |
| Hall Estill Hardwick Gable Golden & Nelson | 521 East 2nd Street Suite 1200 Tulsa OK 74120 | 09/15/22 - 03/31/23 | No | No | No | Supplier or Vendor | No | $9,202.10 |
| Hanson Bridgett LLP | 425 Market Street, 26th Fl San Francisco CA 94105 | 08/10/22 - 04/30/23 | No | No | No | Supplier or Vendor | No | $20,486.00 |
| Harris Troutman | Address on File | 2/14/2023 | No | No | Yes | Supplier or Vendor | No | $291.58 |
| HEA Gaingels Fund I, a series of MV Funds | 3 Main St Ste 214 Burlington, Vermont, 05401 | 3/7/2022 | No | No | No | Convertible Note | No | $212,500.00 |
| HealthQuotes, LLC | 4376 North Forestdale Drive unit 4 Park City UT 84098 | 11/30/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $87,165.00 |
| Heidrick & Struggles, Inc. | 233 South Wacker Drive Chicago IL 60606 | 9/1/2022 | No | No | No | Supplier or Vendor | No | $3,630.94 |
| Hill, Kertscher & Wharton, LLP | 3625 Cumberland Blvd SE Suite 1050 Atlanta GA 30339 | 11/30/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $990.00 |
| HIQ SPV Insurance Services LLC | 5465 Legacy Dr., Suite 650 Plano, TX 75024 | 5/1/21 - 8/30/23 | No | No | No | Intercompany | No | $105,037,558.05 |
| inContact, Inc. | PO Box 410468 Salt Lake City UT 84141-0468 | 09/01/22 - 05/01/23 | No | No | No | Supplier or Vendor | No | $114,015.33 |
| Innovation Direct Group | P.O. Box 310666 Miami FL 33231 | 11/30/2022 | No | No | No | Supplier or Vendor | No | $81,700.00 |
| IQVIA Inc. | 100 IMS Drive Parsippany NJ 7054 | 9/26/2022 | No | No | No | Supplier or Vendor | No | $32,475.00 |
| Iron Mountain | PO Box 601002 Pasadena CA 91189-1002 | 01/11/23 - 03/31/23 | No | No | No | Supplier or Vendor | No | $10,427.98 |
| IWCO Direct | 7951 Powers Blvd Chanhassen MN 55317 | 11/23/2022 | No | No | No | Supplier or Vendor | No | $14,881.18 |
| Jackson Lewis PC | 1133 Westchester Avenue West Harrison NY 10604 | 01/17/23 - 04/30/23 | No | No | No | Supplier or Vendor | No | $28,378.50 |
| Japs-Olson Company | 7500 Excelsior Boulevard St. Louis Park MN 55426 | 01/16/23 - 03/15/23 | No | No | No | Supplier or Vendor | No | $10,594.96 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kandji Inc | 101 West Broadway Suite 1440<br>San Diego CA 92101 | 2/17/2023 | No | No | No | Supplier or Vendor | No | $15,395.16 |
| Kaseya US, LLC | 26 West 17th Street, 9th FL<br>New York NY 10011 | 11/28/22 - 11/29/22 | No | No | No | Supplier or Vendor | No | $6,683.18 |
| Kelley Drye & Warren LLP | 101 Park Avenue<br>New York NY 10178 | 7/19/2022 | No | No | No | Supplier or Vendor | No | $7,639.36 |
| KnowBe4 Inc. | 33 N. Garden Avenue Ste 1200<br>Clearwater FL 33755 | 12/1/2022 | No | No | No | Supplier or Vendor | No | $17,926.71 |
| Leads Mogul, LLC | 223 E Thousand Oaks Boulevard Suite 222<br>Thousand Oaks CA 91360 | 10/31/2022 | No | No | No | Supplier or Vendor | No | $25,800.00 |
| Lendmarx, LLC | 3825 Edwards Rd Suite 103<br>Cincinnati OH 45209 | 12/01/22 - 12/04/22 | No | No | No | Supplier or Vendor | No | $170,000.00 |
| LinkedIn Corporation | 62228 Collections Center Drive<br>Chicago IL 60693-0622 | 09/06/22 - 03/07/23 | No | No | No | Supplier or Vendor | No | $95,267.25 |
| Littler Mendelson PC | P.O Box 207137<br>Dallas TX 75320 | 09/01/22 - 04/30/23 | No | No | No | Supplier or Vendor | No | $28,481.93 |
| Longtail Re (Cayman) SPC Ltd. | 28-A Elgin Avenue<br>George Town KY1-9006 Grand Cayman | 3/16/2021 | No | No | No | Convertible Note | No | $10,000,000.00 |
| M&M Holdings USA LLC | 2790 North Federal Highway<br>Boca Raton FL 33431 | 11/30/22 - 12/05/22 | No | No | No | Supplier or Vendor | No | $280,255.00 |
| Mahamedi Paradice LLP | 1901 S. Bascom Ave. Suite 600<br>Campbell CA 95008 | 08/01/22 - 03/31/23 | No | No | No | Supplier or Vendor | No | $11,224.50 |
| Mana Ventures, LP - B2 | 478 Valencia Dr South<br>San Francisco, CA 94080 | 3/7/2022 | No | No | No | Convertible Note | No | $20,000.00 |
| MIB Inc. | 50 Braintree Hill Park Suite 400<br>Braintree MA 2184 | 08/31/22 - 11/10/22 | No | No | No | Supplier or Vendor | No | $525.00 |
| Milliman Solutions, LLC | 15800 West Bluemound Road Suite 100<br>Brookfield WI 53005 | 08/15/22 - 01/31/23 | No | No | No | Supplier or Vendor | No | $777,184.00 |
| Munjal Shah | Address on File | 2/7/2022 | No | No | No | Convertible Note | No | $250,000.00 |
| Munsch Hardt Kopf & Harr, P.C. | 500 N. Akard St. Suite 3800<br>Dallas TX 75201 | 01/13/23 - 05/24/23 | No | No | No | Supplier or Vendor | No | $5,510.67 |
| MW Media Group LLC | 1402 Topp Creek Drive<br>Indianapolis IN 46214 | 10/30/22 - 11/28/22 | No | No | No | Supplier or Vendor | No | $270,672.00 |
| My Health Angel, LLC | 4801 Linton Boulevard Ste 11A<br>Delray Beach FL 33445 | 10/23/22 - 12/11/22 | No | No | No | Supplier or Vendor | No | $742,295.00 |
| NCC Group Security Services Inc. | 650 California Street, Suite 2950<br>San Francisco CA 94108 | 08/30/22 - 10/25/22 | No | No | No | Supplier or Vendor | No | $20,200.00 |
| NexLevel Direct, LLC | 175 Parfitt Way SE Suite S210<br>Bainbridge Island WA 98110 | 10/24/22 - 12/12/22 | No | No | No | Supplier or Vendor | No | $129,835.00 |
| Nextgen Leads LLC | 701 B Street, Suite 1255<br>San Diego CA 92101 | 11/30/2022 | No | No | No | Supplier or Vendor | No | $1,200.03 |
| NFP Property & Casualty Services, Inc. | 45 Executive Drive<br>Plainview NY 11803 | 3/21/2023 | No | No | No | Supplier or Vendor | No | $2,500.00 |
| Offshore Solutions LLC | 4102 S 1900 W<br>Roy UT 84067 | 08/01/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $57,595.60 |
| One Identity LLC | 4 Polaris Way<br>Aliso Viejo CA 92656 | 10/18/22 - 01/10/23 | No | No | No | Supplier or Vendor | No | $125,088.40 |
| Optimize to Convert Digital, LLC | 170 Commerce Way Ste 200<br>Portsmouth NH 3801 | 11/30/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $335,850.00 |
| Oracle America, Inc. | PO 44471<br>San Francisco, CA 94144-4471 | 10/28/22 - 04/28/23 | No | No | No | Supplier or Vendor | No | $285,293.21 |
| PagerDuty | 600 Townsend St. Suite 125<br>San Francisco, CA 94103 | 3/31/2023 | No | No | No | Supplier or Vendor | No | $447.58 |
| Pensionmark Financial Group, LLC | 24 E. Cota St., Suite 200<br>Santa Barbara, CA 93101 | 4/1/23 - 6/30/23 | No | No | No | Supplier or Vendor | No | $2,524.06 |
| Perimeter 81 LLC | 134 N. 4th St.<br>Brooklyn, NY 11249 | 8/1/23 - 9/1/23 | No | No | No | Supplier or Vendor | No | $200.00 |
| Pitch Perfect Solutions LLC | 8 The Green Suite A<br>Dover DE 19901 | 11/30/2022 | No | No | No | Supplier or Vendor | No | $22,617.00 |
| Policy Post LLC | 4401 Hazel Avenue<br>Fair Oaks CA 95628 | 10/31/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $111,621.00 |
| PolicyBind LLC | 205 Coral Road Apt 1<br>Boynton Beach FL 33435 | 10/31/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $135,847.72 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Propio LS LLC | 10801 Mastin St, Ste 580<br>Overland Park KS 66210 | 11/30/22 - 01/31/23 | No | No | No | Supplier or Vendor | No | $20,537.46 |
| PSG Global Solutions, Inc. | 4551 Glencoe Avenue Suite 150<br>Marina Del Rey CA 90292 | 10/26/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $372,500.00 |
| Pullman & Comley, LLC | 850 Main St.<br>Bridgeport, CT 06604 | 4/30/2023 | No | No | No | Supplier or Vendor | No | $3,300.00 |
| QualStaff Resources | 9909 Mira Mesa Blvd Unit 240<br>San Diego CA 92131 | 10/20/22 - 12/29/22 | No | No | No | Supplier or Vendor | No | $29,105.11 |
| Qualys Inc | PO Box 205858<br>Dallas TX 75320-5858 | 09/30/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $12,308.04 |
| Quinstreet, Inc. | 950 TOWER LANE STE600<br>FOSTER CITY CA 94404 | 12/18/2022 | No | No | No | Supplier or Vendor | No | $26,919.20 |
| Rathje Woodward, LLC | 300 E. Roosevelt Road, Suite 300<br>Wheaton IL 60187 | 12/31/22 - 03/31/23 | No | No | No | Supplier or Vendor | No | $25,355.92 |
| Reciprocity, Inc. | 548 Market Street # 73905<br>San Francisco CA 94104-5401 | 09/23/22 - 03/24/23 | No | No | No | Supplier or Vendor | No | $27,370.00 |
| Regal Result, LLC | 34145 East Pacific Coast Highway<br>Dana Point CA 92629 | 11/30/2022 | No | No | No | Supplier or Vendor | No | $8,650.00 |
| Reserve Tech, Inc. | 4041 MacArthur Suite 400<br>Newport Beach CA 92660 | 10/31/22 - 11/30/22 | No | No | No | Supplier or Vendor | No | $329,142.80 |
| Ribbit Capital III, L.P. | 364 University Avenue<br>Palo Alto, CA 94301 | 2/7/2022 | No | No | No | Convertible Note | No | $1,407,120.68 |
| Rich May, P.C. | 176 Federal Street<br>Boston MA 2110 | 4/10/2023 | No | No | No | Supplier or Vendor | No | $8,881.38 |
| Ring2 Media Inc | 121 Post Road East<br>Westport CT 06880 | 10/31/22 - 12/15/22 | No | No | No | Supplier or Vendor | No | $283,610.00 |
| Rishi Chandna 2014 Separate Property Trust | 19319 Trentham Ave<br>Cerritos, CA 90703 | 8/3/2021 | No | No | No | Convertible Note | No | $300,000.00 |
| RJ Capital Group | 5782 Parkhurst Place<br>Yorba Linda CA 92886 | 10/28/2022 | No | No | No | Supplier or Vendor | No | $7,500.00 |
| Salary.com LLC | 610 Lincoln Street North Building STE 200<br>Waltham, MA 02451 | 6/13/2023 | No | No | No | Supplier or Vendor | No | $17,325.00 |
| Securiti, Inc | 3031 Tisch Way Suite 100<br>San Jose CA 95128 | 08/26/22 - 12/28/22 | No | No | No | Supplier or Vendor | No | $15,250.00 |
| Shi International Corp | 290 davidson avenue<br>Somerset NJ 75395-2121 | 03/07/22 - 05/23/23 | No | No | No | Supplier or Vendor | No | $182,530.12 |
| Sisense SF, Inc. | PO Box 675383<br>Detroit MI 48267-5383 | 08/01/22 - 11/21/22 | No | No | No | Supplier or Vendor | No | $33,270.56 |
| Six Eleven Global Teleservices | Mabini st, cor Araullo st<br>Davao City 8000 Phillipines | 06/30/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $350,289.34 |
| SkyPrep Inc. | 503 Queen Street East<br>Toronto M5A 1V1 CA | 02/28/23 - 05/31/23 | No | No | No | Supplier or Vendor | No | $10,696.00 |
| Solium Plan Managers LLC | 58 South River Drive Suite 401<br>Tempe AZ 85281 | 12/21/2022 | No | No | No | Supplier or Vendor | No | $27,117.35 |
| StepStone VC Global Partners VIII-A, L.P. | 100 Painters Mill Road, Suite 700<br>Owings Mills, MD 21117 | 2/7/2022 | No | No | No | Convertible Note | No | $475,571.46 |
| StepStone VC Global Partners VIII-C, L.P. | 100 Painters Mill Road, Suite 700<br>Owings Mills, MD 21117 | 2/7/2022 | No | No | No | Convertible Note | No | $31,187.21 |
| StepStone VC Opportunities V, L.P. | 100 Painters Mill Road, Suite 700<br>Owings Mills, MD 21117 | 2/7/2022 | No | No | No | Convertible Note | No | $1,143,320.51 |
| StepStone VC Opportunities V-D, L.P. | 100 Painters Mill Road, Suite 700<br>Owings Mills, MD 21117 | 2/7/2022 | No | No | No | Convertible Note | No | $100,870.21 |
| Stonehedge Media Inc. | 154 Tudor Court<br>Lakewood NJ 8701 | 10/31/2022 | No | No | No | Supplier or Vendor | No | $16,110.00 |
| Sullivan Moving & Storage/United Van Lines | 5704 Copley Drive<br>San Diego CA 92111 | 8/15/2022 | No | No | No | Supplier or Vendor | No | $6,013.10 |
| Sumo Logic Inc. | DEPT LA 23966<br>Pasadena CA 91185-3966 | 08/31/22 - 03/24/23 | No | No | No | Supplier or Vendor | No | $60,830.11 |
| SunFire, Inc. | 150 Kimball Rd<br>Carlisle MA 1741 | 10/31/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $390,860.00 |
| Telelanguage Inc. | 610 Southwest Broadway Suite 200<br>Portland OR 97205 | 09/01/22 - 10/31/22 | No | No | No | Supplier or Vendor | No | $63,093.13 |
| The Hanover Insurance Group | PO Box 580045<br>Charlotte NC 28258-0045 | 3/1/2023 | No | No | No | Supplier or Vendor | No | $30,297.72 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| The Wisdom Companies, LLC | 909 N. Pacific Coast Highway Suite 300<br>El Segundo CA 90245 | 10/31/2022 | No | No | No | Supplier or Vendor | No | $41,817.48 |
| Top Shelf Marketing Inc | 126 Stratford Place<br>Lakewood NJ 8701 | 10/31/2022 | No | No | No | Supplier or Vendor | No | $16,950.00 |
| Toptal, LLC | 2810 North Church Street #36879<br>Wilmington DE 19802-4447 | 09/27/22 - 12/29/22 | No | No | No | Supplier or Vendor | No | $32,628.75 |
| Transparent BPO, LLC | 11140 Rockville Pike Ste 100-546<br>Rockville MD 20852 | 08/31/22 - 10/31/22 | No | No | No | Supplier or Vendor | No | $523,125.14 |
| TriplePoint Capital LLC | 2755 Sand Hill Rd, STE 150 Menlo Park, CA<br>94025 | 11/18/2023 | No | No | No | Supplier or Vendor | No | $23,633.50 |
| Troutman Firm | 530 Technology Drive Suite 200<br>Irvine CA 92618 | 03/31/23 - 05/01/23 | No | No | No | Supplier or Vendor | No | $61,171.87 |
| True Capital Partners LLC | 56 N Haddon Avenue<br>Haddonfield NJ 8033 | 09/01/22 - 11/24/22 | No | No | No | Supplier or Vendor | No | $137,500.00 |
| Trupp HR, Inc. | 160 NE 6th Ave., Suite 300<br>Portland, OR 97232 | 11/1/22 - 1/20/23 | No | No | No | Supplier or Vendor | No | $10,140.00 |
| Trustpilot Inc. | 245 Fifth Avenue 5th Floor<br>New York NY 10016 | 11/15/22 - 02/15/23 | No | No | No | Supplier or Vendor | No | $7,160.00 |
| Turing Enterprises Inc. | PO BOX LA 22533<br>PASADENA CA 91185- 2533 | 07/31/22 - 01/10/23 | No | No | No | Supplier or Vendor | No | $120,740.52 |
| TWILIO | 101 Spear Street Suite 100<br>San Francisco CA 94105 | 11/01/22 - 01/31/23 | No | No | No | Supplier or Vendor | No | $256,603.63 |
| Venture Lending & Leasing VI, LLC | 104 La Mesa Dr Ste 102<br>Portola Valley, CA, 94028-7510 | 3/7/2022 | No | No | No | Convertible Note | No | $179,675.51 |
| Venture Lending & Leasing VII, LLC | 104 La Mesa Dr Ste 102<br>Portola Valley, CA, 94028-7510 | 3/7/2022 | No | No | No | Convertible Note | No | $250,000.06 |
| Venture Lending & Leasing VIII, LLC | 104 La Mesa Dr Ste 102<br>Portola Valley, CA, 94028-7510 | 3/7/2022 | No | No | No | Convertible Note | No | $70,324.43 |
| Vernis & Bowling of Palm Beach, P. A. | 618 U.S. Highway 1 Suite 200<br>North Palm Beach FL 33408 | 01/31/23 - 04/30/23 | No | No | No | Supplier or Vendor | No | $2,345.00 |
| Vertafore | PO Box 27167<br>New York NY 10087 | 1/1/2023 | No | No | No | Supplier or Vendor | No | $3.50 |
| Virtru Corporation | 1130 Connecticut Ave NW Suite 210<br>Washington DC 20036 | 7/1/2022 | No | No | No | Supplier or Vendor | No | $29,399.00 |
| WebCE | 12222 Merit Drive Suite 500<br>Dallas TX 75251 | 12/23/22 - 01/02/23 | No | No | No | Supplier or Vendor | No | $6,092.32 |
| WeCall Media Inc. | 4300 Sharon Road Apt. 545<br>Charlotte NC 28211 | 10/31/22 - 12/31/22 | No | No | No | Supplier or Vendor | No | $2,008,550.00 |
| What If Ventures Health IQ, a series of What If SPV LLC | 6735 Salt Cedar Way, Building 1, Suite 300<br>Frisco, TX 75034 | 3/15/2022 | No | No | No | Convertible Note | No | $308,200.20 |
| What If Ventures Health IQ, a series of What If SPV LLC | 6735 Salt Cedar Way, Building 1, Suite 300<br>Frisco, TX 75034 | 3/7/2022 | No | No | No | Convertible Note | No | $987,980.00 |
| Wheeler Staffing Partners, Inc. | 1700 Alma Drive Suite 500<br>Plano TX 75075 | 07/31/22 - 12/21/22 | No | No | No | Supplier or Vendor | No | $530,990.17 |

**$189,216,641.78**

**Schedule G**

| Name of the Counterparty | Address of the Counterparty | Nature of the Contract | Term Remaining (Months) |
|---|---|---|---|
| AA Media, Inc. | 307 S Class St, Middletown, DE 19709 | Vendor / Service Provider | Unknown |
| Acquire Crowd | 4041 MacArthur Suite 400, Newport Beach, CA 92660 | Vendor / Service Provider | 1 |
| Agency Incline, LLC | 7401 Wiles Road Suite 217, Coral Springs, FL 33067 | Vendor / Service Provider | Unknown |
| All Web Leads | 7300 Ranch to Market 2222 Building 2, Suite 100, Austin, TX 78730 | Vendor / Service Provider | Unknown |
| Apollo Interactive | 139 Illinois Street, El Segundo, CA 90245 | Vendor / Service Provider | Unknown |
| Assurance IQ | 920 5th Ave., Ste 3600, Seattle, WA 98104 | Vendor / Service Provider | Unknown |
| Assure Media, LLC | 2385 NW Executive Center Dr., Suite 100, Boca Raton, FL 33431 | Vendor / Service Provider | Unknown |
| Barrington Media Group, LLC | 4 Armstrong Road, 3rd Floor, Shelton, CT 06484 | Vendor / Service Provider | Unknown |
| Blue Wing Ads, LLC | 2885 Sanford Ave., SW 12566, Grandville, MI 49418 | Vendor / Service Provider | Unknown |
| Broker Calls, LLC | 3323 West Commerical Blvd., Suite 260, Fort Lauderdale, FL 33309 | Vendor / Service Provider | Unknown |
| C3 Data LLC | 4376 North Forestdale Drive, Unit 4, Park City, UT 84098 | Vendor / Service Provider | Unknown |
| Call Trader, LLC | 145 Corte Madera Town Center, #596, Corte Madera, CA 94925 | Vendor / Service Provider | Unknown |
| Charleston Investment Group, LLC | 2390 El Camino Real, Suite 210, Palo Alto, CA 94306 | Property Lease | 4 |
| Connecting the Dots LLC | 101 Painted Turtle Lane, Chapel Hill, NC 27516 | Vendor / Service Provider | Unknown |
| Digital Thrive, LLC | 1700 South Lamar Blvd Suite 338 Austin TX 78704 US | Vendor / Service Provider | Unknown |
| Easy Health, Inc. | 8605 Santa Monica Boulevard, West Hollywood, CA 90069 | Vendor / Service Provider | Unknown |
| Everise, Inc. | 600 N. Pine Island Rd., Suite 320, Plantation, FL 33324 | Vendor / Service Provider | Unknown |
| Everquote | 210 Broadway Suite 302, Cambridge, MA 02139 | Vendor / Service Provider | Unknown |
| Five9 Inc. | 4000 Executive Parkway, San Ramon, CA 94583 | Vendor / Service Provider | Unknown |
| Google LLC | 1600 Amphitheatre Pkwy., Mountain View, CA 94043 | Vendor / Service Provider | Unknown |
| Innovation Direct Group | 6326 Northwest 104th Court, Doral, FL 33178 | Vendor / Service Provider | Unknown |
| Landfall Data | 3740 South Ocean Boulevard, Unit 409, Highland Beach, FL 33487 | Vendor / Service Provider | Unknown |
| Leads Mogul, LLC | 223 E Thousand Oaks Boulevard, Suite 222, Thousand Oaks, CA 91360 | Vendor / Service Provider | Unknown |
| Lendmarx, LLC | 3825 Edwards Rd., Suite 103, Cincinnati, OH 45209 | Vendor / Service Provider | Unknown |
| M&M Holdings USA, LLC | 2790 North Federal Highway, Boca Raton, FL 33431 | Vendor / Service Provider | Unknown |
| Madera Digital, LLC | 145 Corte Madera Town Center, #596, Corte Madera, CA 94925 | Vendor / Service Provider | Unknown |
| My Health Angel, LLC | 4801 Linton Boulevard, Suite 11A, Delray Beach, FL 33445 | Vendor / Service Provider | Unknown |
| Navex Global, Inc. | 5500 Meadows Rd., Suite 500, Lake Oswego, OR 97035 | Vendor / Service Provider | 6 |
| Neatly Technologies, Inc. | 3397 Silver Springs Court Rocket, Lafayette, CA 94549 | Vendor / Service Provider | Unknown |
| Nextgen Leads, LLC | 701 B Street, Suite 1255, San Diego, CA 92101 | Vendor / Service Provider | Unknown |
| Optimize to Convert Digital, LLC | 170 Commerce Way, Suite 200, Portsmouth, NH 03801 | Vendor / Service Provider | Unknown |
| Palo Media Group, LLC | 6 Main Street, Extension #3853, Plymouth, MA 02361 | Vendor / Service Provider | Unknown |
| Ping Leads, LLC | 15310 Amberly Dr., Suite 250, Tampa, FL 33647 | Vendor / Service Provider | Unknown |
| Policy Bind, LLC | 205 Coral Road, Apt 1, Boynton Beach, FL 33435 | Vendor / Service Provider | Unknown |
| Policy Post, LLC | 4401 Hazel Avenue, Fair Oaks, CA 95628 | Vendor / Service Provider | Unknown |
| QuinStreet, Inc. | 950 Tower Lane, Suite 600, Foster City, CA 94404 | Vendor / Service Provider | Unknown |
| Quote Velocity, LLC | 4260 NW 1st Ave., Suite 57, Boca Raton, FL 33431 | Vendor / Service Provider | Unknown |
| Regal Result, LLC | 34145 East Pacific Coast Highway, Dana Point, CA 92629 | Vendor / Service Provider | Unknown |
| Richardson Marketing Group | 3260 Henderson Rd., Suite 020, Columbus OH 43220 | Vendor / Service Provider | Unknown |
| RJ Capital Group | 5782 Parkhurst Place, Yorba Linda, CA 92886 | Vendor / Service Provider | Unknown |
| RSUI | 945 East Paces Ferry Road NE, Suite 1800, Atlanta, GA 30326 | Insurance Policies | 9 |
| Seafront Marketing | 76 E. Merritt Island Causeway, Suite 206, Merritt Island, FL 32952 | Vendor / Service Provider | Unknown |
| Sompo | 13146 Ballantyne Corporate Pl., Suite 300, Charlotte, NC 28277 | Insurance Policies | |
| Stonehedge Media, Inc. | 154 Tudor Court, Lakewood, NJ 08701 | Vendor / Service Provider | Unknown |
| SunFire, Inc. | 150 Kimball Rd., Carlisle, MA 01741 | Vendor / Service Provider | Unknown |
| The Colby Group, Inc. | 1997 Annapolis Exchange Pkwy., Suite 300, Annapolis, MD 21401 | Vendor / Service Provider | Unknown |
| The Med Writers LLC | 9314 Forest Hill Blvd., Suite 6, Wellington, FL 33411 | Vendor / Service Provider | Unknown |
| The Wisdom Companies, LLC | 909 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245 | Vendor / Service Provider | Unknown |
| TogetherHealth PAP LLC | 3450 Buschwood Park Drive, Suite 200, Tampa, FL 33618 | Vendor / Service Provider | Unknown |
| Top Shelf Marketing Inc | 126 Stratford Place, Lakewood, NJ 08701 | Vendor / Service Provider | Unknown |
| Torchlight Technology Group, LLC | 215 S. Broad Street, 10th Floor, Philadelphia, PA 19107 | Vendor / Service Provider | Unknown |
| TradeMarc Global | 2337 Otts Rd., Pennsburg, PA 18073 | Vendor / Service Provider | Unknown |
| Trips Marketing, LLC | 18 Jordan Way, Monmouth Junction, NJ 08852 | Vendor / Service Provider | Unknown |
| UE Authority Co. (DMS Insurance) | 4800 140th Ave. N., Suite 101, Clearwater, FL 33762 | Vendor / Service Provider | Unknown |
| Xactly Corporation | 1125 17th St., Suite 1700, Denver, CO 80202 | Vendor / Service Provider | Unknown |